GARY AND SOUTHERN TRACTION COMPANY *v.*
CALLNER ET AL.

[No. 10,797.  Filed April 6, 1921.]

EXCEPTIONS, BILL OF.—*Failure to File in Time Allowed.—Affirmance.*—Where, on the overruling of the motion for new trial, sixty days were given within which to file a general bill of exceptions, a bill filed sixty-one days thereafter was too late, and where the only questions presented require a consideration of the contents of such bill for their determination, the judgment will be affirmed.

From Lake Superior Court; *Charles E. Greenwald,* Judge.

Action by Abram Callner and another against the Gary and Southern Traction Company. From judgment for plaintiffs, the defendant appeals. *Affirmed.*

*Wildermuth & Force,* for appellant.

*Otto J. Bruce, Foster Bruce* and *William H. Matthew,* for appellees.

NICHOLS, J.—Action by appellee for damages for injuries to a motor truck owned by appellee, and which was injured by collision with appellant's interurban car. Trial by jury, verdict for $800. Judgment on the verdict, after the motion for a new trial was overruled. The only error presented is the action of the court in overruling appellant's motion for a new trial. The

questions presented upon such motion depend on the general bill of exceptions. The motion for a new trial was overruled December 15, 1919, at which time sixty days was given to file the bill of exceptions. The bill of exceptions was filed February 14, 1920, sixty-one days after the motion for a new trial was overruled and time given to file the bill of exceptions. Too late. The judgment is affirmed.